USCA1 Opinion

 

 [Not for Publication] United States Court of Appeals For the First Circuit ____________________ No. 96-2095 HORIZONS HOTEL d/b/a CARIB INN TENNIS CLUB & CASINO AND/OR HOTEL ASSOCIATES INCORPORATED, Petitioner, v. THE NATIONAL LABOR RELATIONS BOARD, Respondent. ____________________ ON PETITION FOR REVIEW AND CROSS-APPLICATION FOR ENFORCEMENT OF A SUPPLEMENTAL ORDER OF THE NATIONAL LABOR RELATIONS BOARD ____________________ Before Stahl and Lynch, Circuit Judges, ______________ and O'Toole,* District Judge. ______________ ____________________ Wallace Vazquez Sanabria on brief for Petitioner. ________________________ Corinna L. Metcalf, Deputy Assistant General Counsel, Frederick __________________ _________ L. Feinstein, General Counsel, Linda Sher, Associate General Counsel, ____________ __________ and Aileen A. Armstrong, Deputy Associate General Counsel, on brief ___________________ for Respondent. ____________________ MAY 19, 1997 ____________________ _____________________ *Of the District of Massachusetts, sitting by designation Per curiam. Having carefully reviewed the parties' Per curiam. __________ briefs and submissions, we find that the administrative law judge's findings, adopted by the National Labor Relations Board, are supported by substantial evidence in the record and reflect a correct application of the law. Therefore, we deny Petitioner's request for review, and grant Respondent's request for enforcement of its supplemental order. See 1st ___ Cir. R. 27.1. Costs to Respondent. _____ __ __________ -2- 2